IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 06-CR-30077-MJR |
| | ) |
| **VICTOR ESPARZA,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

**REAGAN, District Judge:**

Before the Court is Defendant's, Victor Esparza's, Motion to Dismiss for Improper Venue (Doc. 34). Defendant moves the Court to dismiss the Indictment filed against him herein because the Government does not have proper venue to prosecute the case in the Southern District of Illinois.

Pursuant to **18 U.S.C. § 3237(a)**, "any offense against the United States begun in one district and completed in another, or committed in more than one district, may be inquired of and prosecuted in any district in which such offense was begun, continued, or completed." Defendant Esparza is charged, along with Defendants, Arreola-Lopez, Martinez and "persons both known and unknown," with violation of the conspiracy statute, **21 U.S.C. § 846**. The government alleges that this conspiracy occurred in both the Southern District of Illinois and the Eastern District of Missouri.

Because Esparza is charged with participating in a conspiracy in which at least some of the acts occurred within the Southern District of Illinois, venue is proper in this district.

Accordingly, Defendant Esparza's, Motion to Dismiss for Improper Venue (Doc. 34) is **DENIED**.

**IT IS SO ORDERED.**

**DATED this 2nd day of October, 2006.**

                                             **s/Michael J. Reagan**
                                             **MICHAEL J. REAGAN**
                                             **United States District Judge**